## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pamela Kolega, : 
                        Petitioner : 
                         : 
      v. : 
                         : 
State Civil Service Commission : 
(Department of Education), : 
                 Respondent :     No. 2056 C.D. 2014

## **O R D E R**

NOW, December 1, 2015, having considered petitioner's application for reargument and reconsideration and respondent's response thereto, the application is denied.

 

DAN PELLEGRINI,
President Judge